FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 28 PM 12: 58

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICKEY D. ODOM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-0109** |
| **ST. TAMMANY PARISH S.O., ET AL** | **SECTION "D"(3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 17, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Rickey D. Odom's claims under 42 U.S.C. § 1983 against the St. Tammany Parish Sheriff's Office are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915 and § 1915A.

**IT IS FURTHER ORDERED** that Odom's § 1983 claims for deprivation of property taken from his cell brought against the defendants, Detective Jayme Seymour, Detective Brad Rummel, Lieutenant Scott Hinson, Corporal Dennis Francis Cauilloet, and Starla Van Stennis, are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to § 1915 and § 1915A.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

**IT IS FURTHER ORDERED** that Odom's § 1983 claims challenging his conviction and sentence are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to § 1915 and § 1915A until such time as the conditions set forth in Heck v. Humphrey, 512 U.S. 477 (1994), are met.

New Orleans, Louisiana, this __28__ day of __April__, 2009.

_____
UNITED STATES DISTRICT JUDGE